IN THE UNITED STATES BANKRUPCTY COURT
NORTHERN DISTRICT OF INDIANA
**HAMMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| JOHN & RHONDA GOODRICH | ) | CASE NO.: 11-21163 |
| Debtor(s) | ) | CHAPTER 13 |

## ORDER

Debtor, John & Rhonda Goodrich, by counsel, Kenneth L. Fugate, having filed a Motion to Allow Sale of Real Estate pursuant to 11 U.S.C. § 363, and the Creditors, having been given notice of the filing of same an no objections or requests for hearing having been filed by the deadline of May 19, 2014, the Court now finds and Orders and follows:

1. That on March 31, 2011, Debtors file a Voluntary Chapter 13 Petition. Their plan provides for all unsecured claims filed prior to the deadline for filing claims shall be paid 0%.
2. That the Debtor's Plan was confirmed on June 9, 2011.
3. That the Debtor, John & Rhonda Goodrich own the real estate to be sold subject to a mortgage.
4. That the real estate to be sold is located on 8026 Harrison Avenue, Munster, IN 46321.
8. That the debtors desire to sell said real estate to Paul J Nelson and/or their assigns.
5. That the sale price of the real estate is $187,000.00.
6. That the motion to sell the real estate herein is granted, free and clear of liens, subject conditions:
   A. All mortgages, ordinary closing expenses and taxes must be paid in full with the net proceeds.
   B. Any other monies shall be paid to the Office of the Chapter 13 Trustee located at 401 W. 84th Drive, Suite C, Merrillville, IN 46410.
   C. Seven Hundred Dollars shall be paid to Attorney Kenneth L. Fugate for representing the Debtors in the sale of the real estate herein at closing

    D.    The Trustee shall then pay the Debtor's the amount of their allowed exemption with respect to the subject property, and then apply proceeds as provided for by the Debtor's plan.

7. Debtors shall file a report of sale, including the closing statement showing disbursements from the seller proceeds and within 10 days after closing.

ALL THIS FOUND AND ORDERED this ____ day of _____, 2014.

 

_____
JUDGE, U.S. BANKRUTPCY COURT